J. A. DURNER v. GURNEY P. HOOD, COMMISSIONER, ET AL.

(Filed 19 September, 1934.)

APPEAL by defendant Phœnix Mutual Life Insurance Company, from *Schenck, J.,* at February Term, 1934, of BUNCOMBE.

Civil action to revoke gratuitous or voluntary trust, which, it is alleged, has proven to be ill-advised, improvident, and impossible of fulfillment.

From a decree terminating the trust, it appearing that the allegations of the petition are abundantly supported by the evidence and so found by the court, the Phœnix Mutual Life Insurance Company, as it feels in duty bound to do, appeals, assigning errors.

*Harkins, Van Winkle & Walton for plaintiff.*
*Bourne, Parker, Bernard & DuBose for defendant appellant.*

PER CURIAM. Affirmed on authority of *Bell v. McCoin,* 184 N. C., 117, 113 S. E., 561. The cases of *McRae v. Trust Co.,* 199 N. C., 714, 155 S. E., 614, *Stanback v. Bank,* 197 N. C., 292, 148 S. E., 313, and *Anderson v. Wilkins,* 142 N. C., 154, 55 S. E., 272, are also cited by petitioner as supporting in tendency the judgment.

Affirmed.

SCHENCK, J., took no part in the consideration or decision of this case.